WOODBRIDGE P. BROWN and MARGARET P. BROWN, Infants, by EVA BROWN GASKINS, Their Guardian ad Litem, Respondents, v. ROBERT INGERSOLL BROWN and EVA INGERSOLL BROWN SWASEY, Individually, as Heirs at Law and Next of Kin of WALSTON H. BROWN, Deceased, and EVA R. INGERSOLL BROWN, Deceased, and as Administrators of the Estate of EVA R. INGERSOLL BROWN, Deceased, Appellants, and WILLIAM HARVEY SMITH, as Administrator of the Estate of WALSTON H. BROWN, Deceased, Jointly, Severally and in the Alternative, Defendant. — On argument, order denying motion to resettle order of August 28, 1929, reversed upon the law and the facts, with ten dollars costs and disbursements to respondents, motion granted and order resettled by adding thereto the words: " without prejudice to the making of a similar motion, if said defendants are so advised, at the

trial of the action." In light of the foregoing disposition, the appeal from the order of August 28, 1929, is dismissed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.